UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

WAYNE SPICER                              CASE NO. 3:22-CV-05358

VERSUS                                    JUDGE TERRY A. DOUGHTY

CLAY BENNETT ET AL                        MAG. JUDGE KAYLA D. MCCLUSKY

JURY VERDICT FORM

1. Do you find by preponderance of the evidence that Plaintiff was deprived of necessary medical care?

    Yes _____    No ___X___

2. Do you find by preponderance of the evidence that Plaintiff was strapped into a restraint chair as a means of retribution?

    Yes _____    No ___X___

If you answered "No" to both questions, then do not proceed to question #3. Sign and date the form and return it to the security officer. If you answered "Yes" to either question 1 or 2, proceed to question #3.

3. Which of the following damages has Plaintiff proved by a preponderance of the evidence, and how much do you award against Defendant whom you find liable?

    Compensatory damages for pain and suffering, emotional distress, and/or loss of enjoyment of life:         $_____

                                        _____
                                        JURY FOREPERSON/DATE